UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TWANITA PETERSON,

      Plaintiff,

v.                            Case No:   8:26-cv-00358-JLB-AAS

EQUIFAX INFORMATION
SERVICES LLC,

      Defendant.

_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 7), recommending that pro se Plaintiff's Complaint (Doc. 1) be dismissed without prejudice and Motion to Proceed *In Forma Pauperis* (Doc. 2) be denied.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.[1]

Accordingly, it is **ORDERED** that:

1.     The Report and Recommendation (Doc. 7) is **ADOPTED** and made a part of this Order for all purposes.

2.     Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

3.     Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

4.     The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines and motions, and close the file.

**ORDERED** in Tampa, Florida, on April 10, 2026.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] In a prior Order, the Court found Plaintiff's Complaint violated Federal Rule of Civil Procedure 8(a)(2), requiring a short and plain statement of the claims, and that the Complaint failed to state a cause of action.  (Doc. 6 at 2–4).  Accordingly, the Court provided Plaintiff leave to file an amended complaint on or before March 20, 2026.  (Doc. 6 at 4). Plaintiff failed to file any amended complaint.